

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 24, 2007

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re: <u>United States v. Calvin Swen, a/k/a "Jerome" and Charles Blamo, a/k/a "Isaac"</u>, 07 Cr. 462 (LAP)

Dear Judge Preska:

    This matter was assigned to Your Honor yesterday, May 23, 2007. Arraignment and an initial pre-trial conference before Your Honor has been scheduled for June 7, 2007, at 2:30 p.m. Enclosed please find a copy of the indictment for Your Honor's files.

    The Government respectfully requests that the Court exclude time from today until June 7, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 24, 2007

Hon. Loretta A. Preska
May 24, 2007
Page 2

a possible disposition of this case. Counsel for defendant consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Todd Blanche
Todd Blanche
Assistant U.S. Attorney
(212) 637-2494
(212) 637-2937 (facsimile)

Enc.

cc by fax w/encl.: Peter Anticco, Esq.
Attorney for Defendant