

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2007

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07
```

    Re:  United States v. Calvin Swen
          07 Cr. 462 (LAP)

Dear Judge Preska:

    A pre-trial conference in this case is scheduled for tomorrow, July 25, 2007, at 9:30 a.m. The Government has produced discovery, and the parties are currently involved in discussions about a possible disposition, but there will not be a disposition before the July 25, 2007 conference date. The parties jointly request that the conference scheduled for July 25, 2007, be adjourned to August 15, 2007, at 4:00 p.m.

    If the Court grants this request, then the Government respectfully requests that the Court exclude time from July 25, 2007, until August 15, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding a possible

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 24, 2007

Hon. Loretta A. Preska
July 24, 2007
Page 2

disposition of this case. Counsel for defendant consents to this request for the exclusion of time.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney

                   By:   _____
                                  Todd Blanche
                                  Assistant U.S. Attorney
                                  (212) 637-2494
                                  (212) 637-2937 (facsimile)

cc:    Peter Antioco, Esq.
        Attorney for Defendant
        (by facsimile)