UNITED STATES OF AMERICA

-against-

**Calvin Swen**

**NOTICE OF APPEARANCE**
07 CR 4362

Please take notice that:   **JOHN M MURPHY, ESQ.**
**60 BAY STREET**
**STATEN ISLAND, NEW YORK**
**718-442-4052**

hereby enters a notice of appearance on behalf of the captioned defendant for all proceedings in the United States District Court.

Dated:
**October 5, 2007**

_____
John M Murphy, Esq.