



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/07

**By Facsimile**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re: United States v. Calvin Swen and Charles Blamo
07 Cr. 462 (LAP)

Dear Judge Preska:

A pre-trial conference in this case is scheduled for Monday, October 29, 2007, at 9:30 p.m. At the last conference, counsel for the defendant was relieved, and the defendant was given time to find a new lawyer. He has retained a new lawyer. New counsel for the defendant and the Government have discussed a potential disposition for this case, but both parties need additional time to discuss this. Further, the co-defendant, Charles Blamo, was recently arrested in Georgia, and is being removed to this district by the United States Marshals Service. For these reasons, the parties jointly request that the (1) conference scheduled for October 29, 2007, be adjourned to November 15, 2007, at 11:30 a.m., a date provided by Your Honor's Deputy. At that conference, the parties expect to either have reached a disposition, or be ready to set a date for trial.

If the Court grants this request, then the Government respectfully requests that the Court exclude time from October (2) 29, 2007, until November 15, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to have any appropriate

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

October 30, 2007

discussions regarding a possible disposition of this case. Counsel for defendant consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Todd Blanche
Assistant U.S. Attorney
(212) 637-2494
(212) 637-2937 (facsimile)

cc: John Murphy, Esq.
Attorney for Defendant
(by facsimile)