**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2007

**By Facsimile**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

     Re:   United States v. Calvin Swen and Charles Blamo
           07 Cr. 462 (LAP)

Dear Judge Preska:

     A pre-trial conference in this case is scheduled for Thursday, November 15, 2007, at 11:30 p.m. The parties jointly request a brief adjournment to allow new counsel to review discovery, and to allow the Government and counsel for both defendants discuss possible dispositions. For these reasons, the parties jointly request that the conference scheduled for November 15, 2007, be adjourned to December 7, 2007, at 11:00 a.m., a date provided by Your Honor's Deputy. At that conference, the parties expect to either have reached a disposition, or be ready to set a date for trial.

     If the Court grants this request, then the Government respectfully requests that the Court exclude time from November 14, 2007, until December 7, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because the continuance will allow the defendants time to have any appropriate discussions regarding a possible disposition of this

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Hon. Loretta A. Preska
November 14, 2007
Page 2

case. Counsel for defendants consents to this request for the exclusion of time.

> Respectfully submitted,
>
> MICHAEL J. GARCIA
> United States Attorney
>
> By: _____
> Todd Blanche
> Assistant U.S. Attorney
> (212) 637-2494
> (212) 637-2937 (facsimile)

cc: John Murphy, Esq.
    Attorney for Defendant Calvin Swen

   David Stern, Esq.
   Attorney for Defendant Charles Blamo