## SERCARZ & RIOPELLE, LLP

CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

JULIA L. GATTO
*ADMITTED IN NY & NJ

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

March 31, 2008

**VIA FACSIMILE**
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Calvin Swen, 07 CR 462

Dear Judge Preska:

    We write, on consent, to request that defendant's bail be modified in order to extend his travel limits to include the Southern New Jersey/Philadelphia area to which his wife and children recently re-located from Georgia and in which several other family members reside. The defendant's bail conditions now restrict his travel to the Southern and Eastern Districts of New York and Georgia (and the corridor between New York and Georgia). However, because of his family's location, we ask that his travel limits be extended to South Jersey/Philadelphia and, for purposes of travel, the area between New York and South Jersey/Philadelphia. I have spoken to AUSA Todd Blanche and Mr. Swen's pretrial supervising officer, Natasha Ramesar, and they consent to the instant application.

    If the Court is willing to grant the application, it may do so by executing this letter at the "So Ordered" signature line below.

Respectfully submitted,

Julia L. Gatto

cc:    AUSA Todd Blanche (via facsimile)
       Natasha Ramesar, United States Pretrial Services (via facsimile)

The Honorable Loretta A. Preska
March 31, 2008
Page 2 of 2

    The defendant, Calvin Swen, having made application to extend his travel limits to include Southern New Jersey/Philadelphia, Pennsylvania, and the Pre-trial Services Agency and the Government having no objection to this application, and good cause appearing to grant the application,

    IT IS ORDERED, that the defendant Calvin Swen's travel limits be extended to include Southern New Jersey and Philadelphia, Pennsylvania.

SO ORDERED:

*/s/ Loretta A. Preska*
HON. LORETTA A. PRESKA
U. S. D. J.

*April 2, 2008*