UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   -v.-

CHARLES BLAMO,
   a/k/a "Isaac,"
CALVIN SWEN,
   a/k/a "Jerome,"

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x



INDICTMENT

07 Cr.

07CRIM. 462

JUDGE PRESKA

## COUNT ONE   B FELONY

The Grand Jury charges:

1.   From at least in or about April 2007, up to and including on or about May 1, 2007, in the Southern District of New York and elsewhere, CHARLES BLAMO, a/k/a "Isaac," and CALVIN SWEN, a/k/a "Jerome", the defendants, together with others known and unknown, unlawfully, wilfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Section 514 of Title 18 of the United States Code.

2.   It was a part and object of the conspiracy that CHARLES BLAMO, a/k/a "Isaac," and CALVIN SWEN, a/k/a "Jerome", the defendants, together with others known and unknown, unlawfully, willfully and knowingly, and with intent to defraud, would and did pass, utter, present, offer, broker, issue, sell, and attempt and cause the same, and with like intent possess, within the United States, false and fictitious instruments,

other items appearing, representing, purporting, and contriving through scheme and artifice, to be actual securities and other financial instruments issued under the authority of the United States, in violation of Section 514 of Title 18 of the United States Code.

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about April 20, 2007, CHARLES BLAMO, a/k/a "Isaac," and CALVIN SWEN, a/k/a "Jerome", the defendants, met with a third individual in a private room at a restaurant in New York, New York.

b. On or about May 1, 2007, CHARLES BLAMO, a/k/a "Isaac," and CALVIN SWEN, a/k/a "Jerome", the defendants, went to a hotel in New York, New York.

(Title 18, United States Code, Section 371.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CHARLES BLAMO, a/k/a "Isaac", and CALVIN SWEN, a/k/a "Jerome",

Defendants.

---

INDICTMENT

07 Cr.

(18 U.S.C. § 371)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

---

5/23/07 Indictment filed. A/W issued. Case assigned to Judge Preska.

Fox, J.