

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2008

**By Hand**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

Re: <u>United States v. Calvin Swen</u>
    07 Cr. 462 (LAP)

Dear Judge Preska:

On or about May 9, 2008, the above-named defendant filed a motion to dismiss the indictment. The Government and counsel for the defendant have had discussions about this case, including discussing whether the Government will supersede the indictment (making the current motion moot), or dispose of the case short of trial. For these reasons, the Government respectfully requests that the Court hold the pending motion to dismiss the indictment in abeyance until the superseding indictment is filed, or until the parties have determined an appropriate resolution.

① ② Counsel shall appear for a conference on June 24 at 3:00 pm.

So ordered
Loretta A Preska
USDJ

June 11, 2008

Hon. Loretta A. Preska
June 10, 2008
Page 3

     The parties also request an adjournment of the conference scheduled for tomorrow for approximately 3 weeks, to allow the parties to discuss the above. Counsel for the defendant consents to this request.

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney

                              By: _____
                                  Todd Blanche
                                  Assistant U.S. Attorney
                                  (212) 637-2494
                                  (212) 637-2937 (facsimile)

cc: Julia Gatto, Esq.
     Attorney for Defendant Calvin Swen